1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:             541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK VALDEZ LOPEZ, | ) | Case No.  1:16-CV-00842-EPG |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 Days to March 8, 2017, for Plaintiff to file his Opening Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to

Plaintiff's counsel's heavy workload.  The parties further stipulate that the Court's Scheduling Order

be modified accordingly.

---

1  Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of
Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the
defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section
205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Lopez v. Berryhill**                                                    **E.D. Cal. 1:16-cv-00842-EPG**

1   The parties further stipulate that the Court's Scheduling Order be modified

2   accordingly.

3

4

5                                          Respectfully submitted,

6

7   Date: January 26, 2017                 JACQUELINE A. FORSLUND
                                           Attorney at Law
8

9
                                           */s/Jacqueline A. Forslund*
10                                          JACQUELINE A. FORSLUND

11                                          Attorney for Plaintiff

12

13
    Date:  January 26, 2017                PHILIP A. TALBERT
14                                          United States Attorney
                                           DEBORAH STACHEL
15                                          Regional Chief Counsel, Region IX
                                           Social Security Administration
16

17                                          */s/Ann L. Maley*
                                           ANN L. MALEY
18                                          Special Assistant United States Attorney
                                           *By email authorization
19

20                                          Attorney for Defendant

21

22

23

24

25

26

27

28

1

**ORDER**

    For the reasons stated in the stipulation, good cause appears to extend the time 30 Days to March 8, 2017, for Plaintiff to file his Opening Brief. The Scheduling Order is modified accordingly.

IT IS SO ORDERED.

Dated:   **January 27, 2017**                    /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE

**Lopez v. Berryhill**                                        **E.D. Cal. 1:16-cv-00842-EPG**