JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALDEZ LOPEZ, | Case No.  1:16-CV-00842-EPG |
| Plaintiff | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to April 12, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to Plaintiff's counsel's having an extensive workload including several 9th Circuit replies as well as a number of District Court filings due.  In addition, Plaintiff's counsel was ill during the last two weeks of February and is now behind on her work.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 7, 2017           JACQUELINE A. FORSLUND
                              Attorney at Law


                              */s/Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff


Date:  March 7, 2017          PHILIP A. TALBERT
                              United States Attorney
                              DEBORAH STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/Ann L. Maley*
                              ANN L. MALEY
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant

ORDER

The Court finds good cause to extend the time to April 12, 2017, for Plaintiff to file his Opening Brief.  However, the Court looks unfavorably on multiple requests for extensions, as well as requests for extensions based on counsel's other cases.  Counsel is assumed to have sufficient time to devote to this matter.  Accordingly, no further extensions of this date will be granted.

All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 8, 2017**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE