# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALDEZ LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | **Case No. 1:16-cv-00842-EPG**<br><br>**ORDER FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>(ECF No. 16) |

The parties have filed a stipulation to extend the amount of time for Plaintiff Frank Lopez to file his opening brief. Good cause appearing therein, the request is GRANTED. Plaintiff shall file an opening brief no later than **April 19, 2017**. Defendant shall file her brief in opposition no later than **May 19, 2017**. Plaintiff may file a reply brief no later than **June 5, 2017**.

IT IS SO ORDERED.

 Dated:  **April 13, 2017**      /s/ Erica P. Grosjean
                     UNITED STATES MAGISTRATE JUDGE