PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALDEZ LOPEZ,<br><br>    Plaintiff,<br><br>      v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 1:16-cv-00842 EPG<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Based upon the parties' Stipulation, IT IS ORDERED that Defendant shall have a 30-day extension, or until June 19, 2017, to file her motion for summary judgment and cross-motion. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **May 15, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-