PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALDEZ LOPEZ,<br>    Plaintiff,<br>vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant. | No. 1:16-cv-00842-EPG<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ITS BRIEF<br>(SECOND REQUEST) |

    Based on the parties' Stipulation, IT IS ORDERED, that the Defendant has an additional 30 days to file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The new deadline for Defendant to file its motion is July 19, 2017. All other deadlines set forth in the Scheduling Order shall be extended accordingly.

    No further extension of this date will be granted.

IT IS SO ORDERED.

Dated: **June 12, 2017**             /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE