PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FRANK VALDEZ LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-CV-00842-EPG<br><br>ORDER VACATING HEARING |

Having reviewed Defendant's Motion and finding good cause, the Court hereby vacates the hearing scheduled for September 28, 2017 at 2:30 p.m. The Court will reset the matter to a date convenient with the Court's calendar and issue an order once a new date is set.

IT IS SO ORDERED.

Dated: **September 26, 2017**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE